SEPTEMBER 23, 1999

No. 99–5630 (A–232). SULLIVAN v. SNYDER, WARDEN, ET AL. C. A. 3d Cir. Application for stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUS-

1066

TICE GINSBURG would grant the application for stay of execution.